IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JENNIFER G.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:21-cv-203

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 12); (2) AFFIRMING THE ALJ'S NON-DISABILITY FINDING; AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

This Social Security appeal is before the Court on the Report and Recommendation issued by United States Magistrate Judge Caroline H. Gentry (Doc. No. 12), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Judge Gentry recommended that the Administrative Law Judge's ("ALJ's") non-disability finding be affirmed.  Plaintiff filed objections to the Report and Recommendation (Doc. No. 13), and the Commissioner responded (Doc. No. 14).

Upon careful *de novo* consideration of the foregoing, the Court determines that the Report and Recommendation should be adopted.  Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED** in full (Doc. No. 12); (2) the ALJ's non-disability finding is **AFFIRMED**; and (3) this case is **TERMINATED** on the docket.

    **IT IS SO ORDERED.**

Date:  September 8, 2022            s/ Michael J. Newman
                                                       Hon. Michael J. Newman
                                                       United States District Judge